UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20081-ALTONAGA/REID
CASE NO. _____

IN THE MATTER OF A SEALED
INDICTMENT
_____/

FILED BY ____BM____ D.C.
Feb 25, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO SEAL**

**COMES NOW**, the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the Indictment, Arrest Warrant, this Motion to Seal, and any resulting Order be **SEALED** until the arrest of the defendant, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of any of the foregoing documents or other sealed documents for purposes of executing the Arrest Warrant, for the reason that the integrity of the ongoing investigation might be compromised and subjects of the investigation flee or destroy evidence should knowledge of this Indictment and Arrest Warrant become public.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
BRIAN DOBBINS
Assistant United States Attorney
Court ID No. A5501182
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132
T. (305) 961-9304
F. (305) 536-4676
Brian.Dobbins@usdoj.gov